UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


MOHAMMED A. MEMAN,

    Petitioner,

    v.

PETER D. KEISLER,
United States Attorney General, et al.,

    Respondent.

Civil No. 07-1458-HA

JUDGMENT

Based on the record,

IT IS ORDERED AND ADJUDGED that this matter is remanded to the USCIS defendants with instructions to adjudicate Petitioner's Application for Naturalization, Immigration Form N-400, and, if approved, swear in Petitioner as a citizen of the Untied States within 60 days of the date of the order of remand. The remand shall be without prejudice to the right of Petitioner to apply for attorney fees and costs under the Equal Access to Justice Act.

Dated this __31__ day of October, 2007.

                                /s/ ANCER L. HAGGERTY
                                 ANCER L. HAGGERTY
                               UNITED STATES DISTRICT JUDGE